NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0002549**
**29-JAN-2014**
**08:11 AM**

NO. CAAP-13-0002549

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BONNIE L. MEDEIROS, Claimant-Appellee,
v.
EAN HOLDINGS, LLC, Employer-Appellant
and
FIDELITY AND GUARANTY INSURANCE/AVIZENT,
Insurance Carrier/Third-Party Administrator-Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(AB 2010-375(M) (7-10-00485))

ORDER DENYING MOTION FOR RECONSIDERATION OF THE
ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of the Motion for Reconsideration of the Order Dismissing Appeal for Lack of Appellate Jurisdiction Entered January 13, 2014 by Employer-Appellant Ean Holdings, LLC and Insurance Carrier/Third-Party Administrator-Appellant Fidelity and Guaranty Insurance/York Risk Services (formerly Avizent), the attachments thereto, and the files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, January 29, 2014.

Chief Judge

Associate Judge

Associate Judge